UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OS AMERICA       :

      v.                                                 : Cr.No. 21-401-M-01

BRITTIANY ANGELINA DILLON      :

      Defendant                              :

### ENTRY OF APPEARANCE

Please enter my appearance as counsel for the defendant in the above captioned case, *nunc pro tunc* May 11, 2021.

_____/s/_____
Thomas Abbenante Bar. No. 227935
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006
202-223-6539
tabbenante@aol.com