## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-00360 (DLF)** |
| | : | |
| **BRITTIANY ANGELINA DILLON,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 3, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:        /s/
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
202-307-6691
michael.romano@usdoj.gov

### CERTIFICATE OF SERVICE

On this 3rd day of June, 2021, a copy of the foregoing was served on counsel for the defendant via the court's Electronic Filing System

*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 3, 2021

Thomas Abbenante, Esq.
888 17th Street, N.W., Suite 1200
Washington, DC 20006

      Re:    *United States v. Brittiany Angelina Dillon*
               Case No. 1:21-cr-360

Dear Counsel:

    I am writing to memorialize production of discovery in this matter. On May 13, 2021, the government provided you with preliminary discovery, consisting of 12 files of U.S. Capitol Police video footage and records produced, pursuant to subpoena, by Verizon (one file), Instagram (three files), Google (three files), and Facebook (one file). One June 2, 2021 the government provided you with an additional 188 files from the FBI's case file. And on June 3, 2021, the government produced one additional file of U.S. Capitol Police video footage. All of these were provided by way of USAfx, in a folder titled *US v. Brittiany Dillon - Discovery*.

    The image below documents the thirteen video files which have been produced:

2

7202 USCG 00 East Front House Egg-2021-01-06_15h04min07s000ms

0953 USCS RF Northeast Roof-2021-01-06_14h16min00s000ms

0952 USCS RF Northeast Roof-2021-01-06_14h25min26s000ms

0951 USCS RF East Roof-2021-01-06_14h21min00s000ms

0948 USCH RF Southeast Roof-2021-01-06_15h05min50s000ms

0933 USCG 00 CVC Elevator Tower North-2021-01-06_14h27min24s000ms

0930 USCG 00 Upper Terrace NE-2021-01-06_14h15min57s000ms

0929 USCG 00 Upper Terrace NE-2021-01-06_14h15min48s000ms

0811 USCG 00 K18 House Plaza Egress-2021-01-06_15h07min43s000ms

0613 USCG 00 North Screening Entrance-2021-01-06_14h17min29s000ms

0117 USCS 01 Senate Carriage Door Exterior-2021-01-06_14h18min11s000ms

0117 USCS 01 Senate Carriage Door Exterior-2021-01-06_14h18min08s000ms

0114 USCS 01 Senate Carriage Door-2021-01-06_14h18min11s000ms

And the images below document the 188 items from the FBI's case file:

266T-BA-3380424_0000001

266T-BA-3380424_0000003

266T-BA-3380424_0000003_1A0000001_0000001

266T-BA-3380424_0000004

266T-BA-3380424_0000004_1A0000002_0000001

266T-BA-3380424_0000004_1A0000002_0000002

266T-BA-3380424_0000005

266T-BA-3380424_0000005_1A0000003_0000001

266T-BA-3380424_0000005_1A0000003_0000002

266T-BA-3380424_0000005_1A0000003_0000003

266T-BA-3380424_0000005_1A0000003_0000004

266T-BA-3380424_0000005_1A0000003_0000005

266T-BA-3380424_0000005_1A0000003_0000006

266T-BA-3380424_0000006

266T-BA-3380424_0000007

266T-BA-3380424_0000007_1A0000004_0000001

266T-BA-3380424_0000007_1A0000004_0000002

266T-BA-3380424_0000007_1A0000004_0000003

266T-BA-3380424_0000007_1A0000004_0000004

266T-BA-3380424_0000008

266T-BA-3380424_0000008_1A0000005_0000001

266T-BA-3380424_0000008_1A0000005_0000002

266T-BA-3380424_0000009

266T-BA-3380424_0000009_1A0000006_0000001

266T-BA-3380424_0000009_1A0000006_0000002

266T-BA-3380424_0000009_1A0000007_0000001

266T-BA-3380424_0000009_1A0000007_0000002

266T-BA-3380424_0000010

266T-BA-3380424_0000010_1A0000008_0000001

266T-BA-3380424_0000011

266T-BA-3380424_0000011_1A0000009_0000001

266T-BA-3380424_0000011_1A0000010_0000001_Redacted

266T-BA-3380424_0000012

266T-BA-3380424_0000012_1A0000011_0000001_Redacted

266T-BA-3380424_0000013_Redacted

266T-BA-3380424_0000014

266T-BA-3380424_0000014_1A0000012_0000001

266T-BA-3380424_0000015

266T-BA-3380424_0000015_Import

266T-BA-3380424_0000017

266T-BA-3380424_0000017_Import

266T-BA-3380424_0000018

266T-BA-3380424_0000018_1A0000013_0000001

266T-BA-3380424_0000018_1A0000013_0000002_PHYSICAL

266T-BA-3380424_0000019_Redacted

266T-BA-3380424_0000020

266T-BA-3380424_0000020_Import

266T-BA-3380424_0000021

266T-BA-3380424_0000021_1A0000015_0000001

266T-BA-3380424_0000021_1A0000015_0000002

3

266T-BA-3380424_0000009_1A0000007_0000001
266T-BA-3380424_0000009_1A0000007_0000002
266T-BA-3380424_0000010
266T-BA-3380424_0000010_1A0000008_0000001
266T-BA-3380424_0000011
266T-BA-3380424_0000011_1A0000009_0000001
266T-BA-3380424_0000011_1A0000010_0000001_Redacted
266T-BA-3380424_0000012
266T-BA-3380424_0000012_1A0000011_0000001_Redacted
266T-BA-3380424_0000013_Redacted
266T-BA-3380424_0000014
266T-BA-3380424_0000014_1A0000012_0000001
266T-BA-3380424_0000015
266T-BA-3380424_0000015_Import
266T-BA-3380424_0000017
266T-BA-3380424_0000017_Import
266T-BA-3380424_0000018
266T-BA-3380424_0000018_1A0000013_0000001
266T-BA-3380424_0000018_1A0000013_0000002_PHYSICAL
266T-BA-3380424_0000019_Redacted
266T-BA-3380424_0000020
266T-BA-3380424_0000020_Import
266T-BA-3380424_0000021
266T-BA-3380424_0000021_1A0000015_0000001
266T-BA-3380424_0000021_1A0000015_0000002

266T-BA-3380424_0000022
266T-BA-3380424_0000022_1A0000016_0000001
266T-BA-3380424_0000022_1A0000016_0000002
266T-BA-3380424_0000023
266T-BA-3380424_0000024
266T-BA-3380424_0000024_1A0000017_0000001
266T-BA-3380424_0000024_1A0000018_0000001_PHYSICAL
266T-BA-3380424_0000025
266T-BA-3380424_0000025_1A0000019_0000001
266T-BA-3380424_0000025_1A0000019_0000002
266T-BA-3380424_0000025_1A0000020_0000001
266T-BA-3380424_0000025_1A0000020_0000002
266T-BA-3380424_0000025_1A0000020_0000003
266T-BA-3380424_0000026
266T-BA-3380424_0000026_1A0000021_0000001
266T-BA-3380424_0000026_1A0000022_0000001
266T-BA-3380424_0000026_1A0000022_0000002
266T-BA-3380424_0000026_1A0000022_0000003
266T-BA-3380424_0000026_1A0000022_0000004
266T-BA-3380424_0000026_1A0000022_0000005
266T-BA-3380424_0000026_1A0000022_0000006
266T-BA-3380424_0000026_1A0000022_0000007
266T-BA-3380424_0000026_1A0000022_0000008
266T-BA-3380424_0000026_1A0000022_0000009
266T-BA-3380424_0000026_1A0000022_0000010

266T-BA-3380424_0000026_1A0000022_0000011
266T-BA-3380424_0000026_1A0000022_0000012
266T-BA-3380424_0000026_1A0000022_0000013
266T-BA-3380424_0000026_1A0000022_0000014
266T-BA-3380424_0000026_1A0000022_0000015
266T-BA-3380424_0000026_1A0000022_0000016
266T-BA-3380424_0000026_1A0000022_0000017
266T-BA-3380424_0000026_1A0000022_0000018
266T-BA-3380424_0000026_1A0000022_0000019
266T-BA-3380424_0000026_1A0000022_0000020
266T-BA-3380424_0000026_1A0000022_0000021
266T-BA-3380424_0000026_1A0000022_0000022
266T-BA-3380424_0000027
266T-BA-3380424_0000028
266T-BA-3380424_0000029_1A0000023_0000001_Redacted
266T-BA-3380424_0000029_1A0000023_0000002
266T-BA-3380424_0000029_1A0000023_0000003
266T-BA-3380424_0000029_Redacted
266T-BA-3380424_0000030
266T-BA-3380424_0000030_1A0000024_0000001
266T-BA-3380424_0000030_1A0000024_0000002
266T-BA-3380424_0000030_1A0000024_0000003
266T-BA-3380424_0000030_1A0000024_0000004
266T-BA-3380424_0000030_1A0000024_0000005
266T-BA-3380424_0000031

266T-BA-3380424_0000032
266T-BA-3380424_0000032_1A0000025_0000001_PHYSICAL
266T-BA-3380424_0000033
266T-BA-3380424_0000033_1A0000026_0000001_Redacted
266T-BA-3380424_0000034
266T-BA-3380424_0000034_1A0000027_0000001
266T-BA-3380424_0000034_1A0000027_0000002
266T-BA-3380424_0000034_1A0000027_0000003
266T-BA-3380424_0000034_1A0000027_0000004
266T-BA-3380424_0000034_1A0000027_0000005
266T-BA-3380424_0000034_1A0000027_0000006
266T-BA-3380424_0000034_1A0000027_0000007
266T-BA-3380424_0000034_1A0000027_0000008
266T-BA-3380424_0000034_1A0000027_0000009
266T-BA-3380424_0000035_1A0000078_0000001_Redacted
266T-BA-3380424_0000035_Redacted
266T-BA-3380424_0000036
266T-BA-3380424_0000037
266T-BA-3380424_0000037_1A0000028_0000001
266T-BA-3380424_0000038
266T-BA-3380424_0000038_1A0000029_0000001
266T-BA-3380424_0000038_1A0000029_0000002
266T-BA-3380424_0000039
266T-BA-3380424_0000040
266T-BA-3380424_0000041

266T-BA-3380424_0000041_1A0000030_0000001
266T-BA-3380424_0000042
266T-BA-3380424_0000043
266T-BA-3380424_0000044
266T-BA-3380424_0000045
266T-BA-3380424_0000046
266T-BA-3380424_0000046_1A0000031_0000001
266T-BA-3380424_0000046_1A0000031_0000002
266T-BA-3380424_0000047
266T-BA-3380424_0000047_1A0000032_0000001
266T-BA-3380424_0000047_1A0000033_0000001_PHYSICAL
266T-BA-3380424_0000048
266T-BA-3380424-FISUR_0000001
266T-BA-3380424-FISUR_0000001_1A0000001_0000001
266T-BA-3380424-FISUR_0000002
266T-BA-3380424-FISUR_0000002_1A0000001_0000001
266T-BA-3380424-FISUR_0000003
266T-BA-3380424-FISUR_0000003_1A0000002_0000001
266T-BA-3380424-FISUR_0000004
266T-BA-3380424-FISUR_0000004_1A0000003_0000001
266T-BA-3380424-FISUR_0000005
266T-BA-3380424-FISUR_0000005_1A0000004_0000001
266T-BA-3380424-FISUR_0000005_1A0000004_0000002
266T-BA-3380424-FISUR_0000005_1A0000004_0000003
266T-BA-3380424-FISUR_0000006

266T-BA-3380424-FISUR_0000006_1A0000005_0000001
266T-BA-3380424-FISUR_0000006_1A0000006_0000001
266T-BA-3380424-FISUR_0000006_1A0000006_0000002
266T-BA-3380424-FISUR_0000006_1A0000006_0000003
266T-BA-3380424-FISUR_0000006_1A0000006_0000004
266T-BA-3380424-FISUR_0000006_1A0000006_0000005
266T-BA-3380424-FISUR_0000006_1A0000006_0000006
266T-BA-3380424-GJ_0000001
266T-BA-3380424-GJ_0000001_1A0000001_0000001
266T-BA-3380424-GJ_0000001_1A0000001_0000002
266T-BA-3380424-GJ_0000001_1A0000001_0000003
266T-BA-3380424-GJ_0000001_1A0000001_0000004
266T-BA-3380424-GJ_0000002
266T-BA-3380424-GJ_0000002_1A0000002_0000001
266T-BA-3380424-GJ_0000002_1A0000002_0000002
266T-BA-3380424-GJ_0000002_1A0000002_0000003
266T-BA-3380424-GJ_0000003
266T-BA-3380424-GJ_0000003_1A0000003_0000001
266T-BA-3380424-GJ_0000003_1A0000003_0000002
266T-BA-3380424-GJ_0000003_1A0000003_0000003
266T-BA-3380424-GJ_0000003_1A0000003_0000004
266T-BA-3380424-GJ_0000003_1A0000003_0000005
266T-BA-3380424-GJ_0000003_1A0000003_0000006
266T-BA-3380424-GJ_0000003_1A0000003_0000007
266T-BA-3380424-GJ_0000003_1A0000003_0000008

266T-BA-3380424-GJ_0000003_1A0000003_0000009
266T-BA-3380424-GJ_0000003_1A0000003_0000010
266T-BA-3380424-GJ_0000003_1A0000003_0000011
266T-BA-3380424-GJ_0000003_1A0000003_0000012
266T-BA-3380424-GJ_0000003_1A0000003_0000013
266T-BA-3380424-GJ_0000003_1A0000003_0000014
266T-BA-3380424-GJ_0000003_1A0000003_0000015
266T-BA-3380424-GJ_0000004
266T-BA-3380424-GJ_0000004_1A0000004_0000001
266T-BA-3380424-GJ_0000004_1A0000004_0000002
266T-BA-3380424-GJ_0000004_1A0000004_0000003
266T-BA-3380424-GJ_0000005
266T-BA-3380424-GJ_0000005_1A0000005_0000001

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case. To date, all of the thirteen U.S. Capitol Police video files produced to you have been designated as highly sensitive pursuant to the Protective Order. Additionally, FBI Serial 18, item 1A13 (a physical disk containing U.S. Capitol Police video files) is designated as highly sensitive.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,


*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee

6