UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-cr-00360 (DLF) |
| v. | : | |
| | : | VIOLATION: |
| BRITTIANY ANGELINA DILLON, | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building |
| Defendant. | : | and Grounds) |

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, BRITTIANY ANGELINA DILLON willfully and knowingly engaged in disorderly and disruptive conduct in United States Capitol and its grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in the U.S. Capitol building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building and Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  *Michael J. Romano*
MICHAEL J. ROMANO
IL Bar No. 6293658
Trial Attorney, Detailee
555 4th Street, N.W.
Washington, D.C. 20530
Telephone No. (202) 307-6691
michael.romano@usdoj.gov