UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 21-360 (DLF) |
| BRITTIANY DILLON | : |
| Defendant | : |

## SENTENCING MEMORANDUM

On October 18, 2021, Ms. Brittiany Dillon, pursuant to a guilty plea, will appear before this court for sentencing for Disorderly Conduct in Capitol Building and Grounds, in violation of 40 USC Section 5104(e)(2)(d). Ms. Dillon respectfully requests, after considering all of the relevant sentencing factors, including 18 USC Section 3553(a), the Court follow the recommendation of the probation officeer and impose a sentence of probation. Defendant requests that the period of probation not exceed one year with the special conditions of $500.00 in restitution and 100 hours of community service.

On December 19, 2020, following his loss in the 2020 presidential election, then President Donald Trump announced a "Save America" rally to protest the results. The rally was set for January 6, 2021, the same day that Congress was scheduled to certify Joe Biden as the winner. A number of speakers took the stage and the rhetoric was intense. The president's son told the crowd that they had the opportunity to be heroes. Rudy Giuliani called for "trial by combat." When President Trump spoke he urged the crowd to "fight' for him. He urged

them to walk to the Capitol. The result was the January 6th riot at the Capitol.

The Government's recitation of the facts describing Ms. Dillon's conduct that day are not disputed. The texts outlined between Ms. Dillon and Bryan Betancur happened. While Ms. Dillon's views are troubling to the government, she has the right to believe them. What she does not have the right to do is engage in the type of conduct that occurred on January 6th. As she stated to the probation officer and during her debriefing with the government, she is remorseful and said she will never put herself in a situation where she violates any state or federal laws. Counsel submits that the Court can rely on this since Ms. Dillon has never been in trouble before.

Counsel submits that home confinement is not required in this case to deter any future criminal conduct. Ms. Dillon is capable of performing community service that would benefit the community. She has fully complied with all her conditions of release. She has cooperated with counsel, sat for the debriefing required as part of the plea agreement, and fully cooperated with the probation officer assigned to her case. Home confinement and the length of supervision requested by the government is a greater than necessary punishment.

Respectfully submitted,

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW Suite 1200
Washington, DC 20006
202-223-6539
tabbenante@aol.com