UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :Crim. No.21-165 |
| BRITTIANY DILLON | : |
| Defendant | : |

## MOTION TO CONTINUE SENTENCING

Comes Now, defendant, Brittiany Dillon, by and through counsel who respectfully requests that this Honorable Court continue the sentencing in this matter to November 4, 2021 to allow the defendant to supplement her sentencing memorandum to address more thoroughly the relevant sentencing factors, including 18 U.S.C. Section 3553(a).

Respectfully submitted.

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW  Suite 1200
Washington, DC 20006
202-223-6539
tabbenante@aol.com